*February 9, 1937.*

JONES, Appellant, vs. BENNETT and others, Respondents. .

For the appellant : *Brennan, Lucas & McDonough* of Milwaukee.
For the respondents : *Wheeler & Witte* of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 7, 1937.

LIEBELT, Respondent, vs. HARDWARE MUTUAL CASUALTY COMPANY and another, Appellants.

For the appellants : *John M. Whitmer* of Park Falls, and *Fisher, Cashin & Reinholdt* of Stevens Point.
For the respondent : *J. A. DeBardeleben* of Phillips.

*By the Court.*—Judgment affirmed.

ROSE, Appellant, vs. STANCEVIC and another, Respondents.

For the appellant : *Sydney C. Charney* of Milwaukee.
For the respondents : *D. J. Regan* of Milwaukee.

*By the Court.*—Judgment affirmed.